Matthew R. Orr, Bar No. 209675
  morr@calljensen.com
William P. Cole, Bar No. 186772
  wcole@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant Bowmar Nutrition, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER PRODUCTS ASSOCIATION, INC., a Washington, D.C. nonprofit corporation, on behalf of the general public,<br><br>        Plaintiff,<br><br>        vs.<br><br>BOWMAR NUTRITION, LLC, an Iowa limited liability company,<br><br>        Defendant. | Case No.  3:21-cv-00596-W-MDD<br><br>**DEFENDANT BOWMAR NUTRITION, LLC'S NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Declaration of William P. Cole]*<br><br>Date:        June 28 , 2021<br>Hon. Thomas J. Whelan<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE  7.1.d.1**<br><br>Complaint Filed:   April 6, 2021<br>Trial Date:          None Set |

CALL &
JENSEN

- 1 -

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on ____June 28____, 2021, or as soon thereafter as may be heard by the Honorable Thomas J. Whelan, located at the United States Courthouse, 211 West Broadway, San Diego, California, Courtroom 3C, Defendant Bowmar Nutrition, LLC will, and hereby does, move the Court for an order, pursuant to Rule 11 of the Federal Rules of Civil Procedure, imposing sanctions, including dismissal of the First Amended Complaint and an award of $6,060 in attorneys' fees to Defendant and against Plaintiff's counsel, Charles C. Weller and Charles C. Weller, APC.

This motion is made in compliance with Rule 11(c)(2)'s safe harbor requirement. Defendant served its Motion for Sanctions and Memorandum of Points and Authorities on Plaintiff's counsel more than 21 days before filing this Motion with the court, allowing Plaintiff and her counsel time to correct the defects alleged herein. *See* Decl. of William P. Cole.

This motion is made on the grounds that Plaintiff's counsel have filed a pleading (the First Amended Complaint [Doc. 3]) containing claims and legal contentions not warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law, to wit, purported non-class, representative claims (Counts 1-5), including claims for restitution, on behalf of the "general public." The grounds for this motion are more fully set forth in the accompanying Memorandum of Points and Authorities.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1         This Motion is and will be based upon this Notice of Motion and Motion, the

2    accompanying Memorandum of Points and Authorities, the Declaration of William P.

3    Cole, the pleadings and files in this action, and such other matters as may be presented

4    at or before any hearing on this motion.

5

6    Dated:  April 28, 2021           CALL & JENSEN
                                 A Professional Corporation

7                                Matthew R. Orr
                                 William P. Cole

8

9                                By:*/s/ William P. Cole*

10                                 William P. Cole

11                           Attorneys for Defendant Bowmar Nutrition, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021, I electronically filed the foregoing document described as **DEFENDANT BOWMAR NUTRITION, LLC'S NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11** with the Clerk of the Court using the CM/ECF System which will send notification of such filing via electronic mail to all counsel of record.

*/s/ William P. Cole*
William P. Cole

- 1 -